USDC SCAN INDEX SHEET



USA

CADGER

TB
3:95-CR-02017
*269*
*CRJGMDIS.*

FILED
DEC 19 1996
CLERK, U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
        Plaintiff )
        ) Criminal No. 95-2017-H
vs ) JUDGMENT OF DISCHARGE
        )
JOHN AHMAD (15), )
aka "Robert Stevens" )
        Defendant. )

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   the Court has granted the motion of the Government for dismissal without prejudice. The defendant is deceased.
or

\_\_\_   the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_   a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_   the jury has returned its verdict, finding the defendant not guilty; or

\_\_\_   Other reason: _____

of all offenses as charged in all counts of the 2nd superseding Indictment. The defendant was not charged in the underlying Indictments.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/18/96

_____
UNITED STATES DISTRICT JUDGE

mc439
Crim-7(4-82)

ENTERED ON 12-20-96

269